FILED: January 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant - Appellant

_____

No. 25-1019
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS
ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA
ANDERSON

    Intervenors - Appellants

———————————

No. 25-1024
(5:24-cv-00724-M-RN)

———————————

JEFFERSON GRIFFIN

     Plaintiff - Appellee

v.

ALLISON RIGGS

     Intervenor - Appellant

———————————

O R D E R

———————————

The court consolidates Case No. 25-1018, Case No. 25-1019, and Case No. 25-1024. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

          For the Court--By Direction

          /s/ Nwamaka Anowi, Clerk