# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 8, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1018 (L),   <u>Jefferson Griffin v. NC State Board of Elections</u>
                     5:24-cv-00724-M-RN

TO:   Jefferson Griffin

RESPONSE DUE: 01/08/2025 on or before 5:00 pm

Response is required to the motion to expedited on or before 01/08/2025 on or before 5:00 pm.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Rachel Phillips, Deputy Clerk
804-916-2702