# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

January 8, 2025

_____

NOTICE

_____

No.   25-1018 (L),   Jefferson Griffin v. NC State Board of Elections
                    5:24-cv-00724-M-RN

TO: Counsel

REQUESTED FORM(S) DUE: January 10, 2025

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

**25-1018**
  [ XX ] **Docketing statement** required (appellants counsel)

**25-1019**
  [ XX ] **Docketing statement** required (appellants counsel)
  [ XX ] **Disclosure statement** required (appellants counsel)
  [ XX ] **Appearance of counsel** required (efiler status required) (appellants counsel)

**25-1024**
  [ XX ] **Docketing statement** required (appellants counsel)

Rachel Phillips, Deputy Clerk
804-916-2702