FILED: January 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant - Appellant

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

Intervenors - Appellants

_____

No. 25-1024
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

ALLISON RIGGS

    Intervenor - Appellant

_____

O R D E R

_____

Upon consideration of the pending motions in this case, the court orders the following:

1. The court vacates the current briefing orders in Nos. 25-1018 (L) *Griffin v. NC State Board of Elections*, 25-1019 *Griffin v. NC Alliance for Retired Americans*, and 25-1024 *Griffin v. Riggs*;

2. The court grants the motion for expedited briefing and oral argument, ECF No. 18 filed by Intervenor-Defendant Riggs in Nos. 25-1018 (L), 25-1019, and 25-1024;

3. The court orders that simultaneous opening briefs be filed January 15, 2025, simultaneous responsive briefs be filed January 22, 2025, and oral argument be heard in Richmond on January 27, 2025, at 3:30 PM with respect to No. 25-1018 (L) *Griffin v. NC State Board of Elections*, 25-1019 *Griffin v. NC Alliance for Retired Americans*, and 25-1024 *Griffin v. Riggs*; and

4. The court defers all other motions pending oral argument.

For the Court

/s/ Nwamaka Anowi, Clerk