UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 10, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1018 (L),     Jefferson Griffin v. NC State Board of Elections
                       5:24-cv-00724-M-RN

TO:    Tanya Webster-Durham
       Allison Jean Riggs
       Sarah Smith
       North Carolina State Board of Elections
       Juanita Anderson
       North Carolina Alliance for Retired Americans
       VoteVets Action Fund
       Jefferson Griffin

RESPONSE DUE: 01/13/2025

Response is required to the notice requesting information regarding similar cases on or before 01/13/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702