# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: <u>24-1018; Griffin v. NC State Board of Elections</u>

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

✔ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Griffin v. N.C. State Board of Elections, 24-1020 (4th Cir.) (Raises the same factual and legal claims); and Kivett, et al. v. N.C. State Board of Elections, et al., 24-1021 (4th Cir.) (Raises the same factual and legal issues with respect to voters whose registration may lack a social security or driver's license number). Both appeals involve the same legal questions regarding removal jurisdiction and abstention at issue in this appeal. The orders appealed in those actions incorporated by reference the order appealed in this action.

Signature: <u>/s/ Terence Steed</u>     Counsel for: <u>NC State Board of Elections</u>

Date: <u>1/13/205</u>

**File using event:** RESPONSE/ANSWER (to Similar Case notice)