# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: <u>25-1018, 25-1019, 25-1024</u>

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Case No. 25-1020 also concerns the remand of proceedings related to the election for Supreme Court of North Carolina, though that case involves petitions for judicial review originally filed in the Superior Court of Wake County, while this case involves a petition for a writ of prohibition originally filed in the Supreme Court of North Carolina.  Case No. 25-1021 involves the remand of proceedings related to the November 2024 election more generally, but involves different claims filed by different plaintiffs in the Superior Court of Wake County.

Signature: <u>/s/ Mark M. Rothrock</u>    Counsel for: <u>Petitioner-Appellee</u>

Date: <u>1/13/2025</u>

**File using event:** RESPONSE/ANSWER (to Similar Case notice)