UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: No. 25-1018(L), Griffin v. NC State Board of Elections

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Griffin v. NC State Board of Elections, No. 25-1020 (4th Cir.) and Kivett v. NC State Board of Elections, No. 25-1021 (4th Cir.). The district court found "that the factual and legal subject matter of [those two actions are] substantially identical to that in [this action]."

Signature: /s/ Samuel B. Hartzell     Counsel for: Justice Allison Riggs

Date: 1/13/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)