# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1018

Date of Oral Argument: 01/27/25

Caption: Griffin v. NC State Board of Elections

Attorney Arguing: Samuel B. Hartzell

Arguing on Behalf of (party name):
Justice Allison Riggs

Select party type:
☑ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
 →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
 →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: see attached
Phone Number (day of argument):

Principal Argument Time: _____        Rebuttal Argument Time (if any): _____
(for appellants and appellees)             (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: _____
Phone Number (day of argument):

Principal Argument Time: _____        Rebuttal Argument Time (if any): _____
(for appellants and appellees)             (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time: _____    Select one of the following: ☐ Order allowing argument time
                                                       ☐ Court-Appointed Amicus

Signature: /s/ Samuel B. Hartzell        Date: 01/13/25

12/01/2024 NA

| | |
|---|---|
| **First Attorney Arguing Per Side:** | Nicholas S. Brod (counsel to North Carolina State Board of Elections) |
| **Phone Number (day of argument):** | 919-817-4646 |
| **Principal Argument Time:** | 8 minutes |
| **Rebuttal Argument Time (if any):** | 2 minutes |
| **Second Attorney Sharing Arguing Time:** | Samuel B. Hartzell (counsel to Justice Allison Riggs) |
| **Phone Number (day of argument):** | 919-819-8030 |
| **Principal Argument Time:** | 4 minutes |
| **Rebuttal Argument Time (if any):** | 1 minute |
| **Third Attorney Sharing Arguing Time:** | Christopher D. Dodge (counsel to North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, Juanita Anderson) |
| **Phone Number (day of argument):** | 202-987-4928 |
| **Principal Argument Time:** | 4 minutes |
| **Rebuttal Argument Time (if any):** | 1 minute |