
FILED: January 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant - Appellant

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

Intervenors - Appellants

------------------

No. 25-1024
(5:24-cv-00724-M-RN)

------------------

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

ALLISON RIGGS

    Intervenor - Appellant

------------------

O R D E R

------------------

Upon consideration of the intervenors' unopposed motion to file separate briefs, the court grants the motion and orders that the total word count across all three briefs shall not exceed 20,000 words.

    For the Court

    /s/ Nwamaka Anowi, Clerk