FILED: January 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

        Defendant - Appellant

-------------------------------

NORTH CAROLINA DEMOCRATIC PARTY

        Amicus Supporting Appellant

_____

O R D E R

_____

North Carolina Democratic Party has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk