# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No.   25-1018 (L),   Jefferson Griffin v. NC State Board of Elections
                     5:24-cv-00724-M-RN

TO:   League of Women Voters of North Carolina
      North Carolina Voters

BRIEF OR JOINT APPENDIX CORRECTION DUE:  January 21, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **AMICUS CURIAE BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[ XX ] <u>BRIEF FORMAT INSUFFICIENT BECAUSE (FRAP 32):</u> Cover does not contain Names, Addresses, Phone Numbers of Counsel participating in preparation of brief

---

[ XX ] Brief contains improper addendum material (titled as exhibits)  (Loc. R. 28(b))

*Local Rule 28(b). Addenda and Attachments to Briefs.*
*A party may comply with the requirements of FRAP 28(f) and FRAP 32.1(b) by including material or items designated therein in an addendum at the end of the brief or by supplying them to the Court under separate cover. Should a party wish to supplement the brief with matters other than those designated in FRAP 28(f) or FRAP 32.1(b), the additional material must be presented to the Court under separate cover, accompanied by a motion for leave to file such supplemental material as an attachment to the brief.*

[ XX ] Brief contains improper hyperlinks (Loc. R. 25(a)(12))

> *(12) **Hyperlinks.** Electronically filed documents may contain hyperlinks to: other portions of the same document or other documents filed on appeal; documents filed in the lower court that are part of the record on appeal; and statutes, rules, regulations, and opinions.*
>
> *Hyperlinks do not replace citations to the appendix, record, or legal authority and are not considered part of the appellate record. Documents must contain standard citations in support of statements of fact or points of law, in addition to any hyperlink. The Court accepts no responsibility for the availability or functionality of any hyperlink and does not endorse any organization, product, or content at any hyperlinked site.*

**Please also file the required appearance of counsel form and disclosure statement form which are attached to this notice.**

Rachel Phillips, Deputy Clerk
804-916-2702