FILED: January 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

      Defendant - Appellant

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

      Amici Supporting Appellant

_____

O R D E R

_____

North Carolina Voters and the League of Women Voters of North Carolina have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

> For the Court--By Direction
>
> /s/ Nwamaka Anowi, Clerk