LEHOTSKY KELLER COHN LLP

January 22, 2025

Nwamaka Anowi, Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

    Re: Rule 28(j) Letter in *Griffin v. North Carolina Board of Election*, Nos. 25-1018, 25-1019, 25-10241

    We write to notify the Court of the Supreme Court of North Carolina's order in *Griffin v. N.C. Bd. of Elections*, No. 320P24 (Sup. Ct. N.C. Jan. 22, 2025), issued this evening as Petitioner-Appellee was finalizing his brief in this appeal. The order "dismisses the petition for writ of prohibition so that the Superior Court of Wake County may proceed with the appeals" pending before it, maintains the earlier-issued stay, and orders the Superior Court of Wake County "to proceed expeditiously." Ex. A at 3.

    If this Court proceeds with oral argument on Monday, undersigned counsel will be prepared to address the order. But in light of this material development, Petitioner-Appellee respectfully suggests that the Court may wish to postpone oral argument and order supplemental briefing to address the impact of this new order on the merits of this appeal and this Court's jurisdiction.

Respectfully submitted,

Mark M. Rothrock
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

/s/ William T. Thompson
William T. Thompson
  *Counsel of Record*
Kyle D. Hawkins
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

*Counsel for Petitioner-Appellee*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2025, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ William T. Thompson

William T. Thompson