# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 23, 2025

_____

RULE 46 NOTICE
DOCKETING FORMS

_____

No.   25-1018 (L),   Jefferson Griffin v. NC State Board of Elections
                    5:24-cv-00724-M-RN

TO:   Kristi Lee Graunke

**FORMS DUE:** 01/23/2025

The court has not received the form(s) checked below, which it previously directed be filed. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[ XX ] **Appearance of counsel** required (efiler status required)

Rachel Phillips, Deputy Clerk
804-916-2702