# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 23, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1018 (L),     Jefferson Griffin v. NC State Board of Elections
                      5:24-cv-00724-M-RN

TO:    Jefferson Griffin

RESPONSE DUE: 01/23/2025

Response is required to the motion for leave to file an amicus brief on or before 01/23/2025 at 5:00 pm.

Rachel Phillips, Deputy Clerk
804-916-2702