FILED: January 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellant

-------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

       Amici Supporting Appellant

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

   Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

   Intervenors - Appellants

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

   Amici Supporting Appellant

———————————

No. 25-1024
(5:24-cv-00724-M-RN)

———————————

JEFFERSON GRIFFIN

   Plaintiff - Appellee

v.

ALLISON RIGGS

   Intervenor - Appellant

———————————

O R D E R

———————————

Upon consideration of Amici Curiae North Carolina Voters and the League of Women Voters of North Carolina's motion for judicial notice and to file an addendum to the corrected amicus brief, the court defers ruling on the motion.

For the Court

/s/ Nwamaka Anowi, Clerk