Nos. 25-1018, 25-1019, 25-1024

# In the United States Court of Appeals for the Fourth Circuit

JEFFERSON GRIFFIN,

*Petitioner-Appellee,*

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS,

*Respondent-Appellant,*

and

ALLISON RIGGS, ET AL.,

*Intervenors-Respondents.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**RESEPONSE TO SCHOLARS OF DEMOCRATIC BACKSLIDE MOTION FOR LEAVE TO FILE AMICUS BRIEF**

| | |
|---|---|
| Mark M. Rothrock | William T. Thompson |
| LEHOTSKY KELLER COHN LLP | *Counsel of Record* |
| 8513 Caldbeck Drive | Kyle D. Hawkins |
| Raleigh, NC 27615 | LEHOTSKY KELLER COHN LLP |
| (336) 416-3326 | 408 W. 11st Street, 5th Floor |
| mark@lkcfirm.com | Austin, TX 78701 |
| | (512) 693-8350 |
| | will@lkcfirm.com |

*Counsel for Petitioner-Appellee*

Pursuant to this Court's notice, Dkt. 94, Judge Jefferson Griffin files this response in opposition to a motion for leave to file an amicus brief by "Scholars of Democratic Backsliding," Dkt. 85.

Judge Griffin did not contest other amicus briefs supporting Appellants, provided they were submitted by January 17, 2025. All other amici supporting Appellants agreed to that deadline, which provided Judge Griffin time to evaluate those briefs and address their arguments in his response brief due on January 22, 2025.

These proposed amici emailed counsel for Judge Griffin on January 16, 2025, requesting consent to file an amicus brief. As with other proposed amici, Judge Griffin's counsel responded that he would consent to the filing of the amicus brief so long as it was filed by January 17, 2025.

Because the Scholars chose not to move forward with the conditioned consent and instead waited nearly a week to file their brief, Judge Griffin had no opportunity to assess and respond to their proposed amicus brief in his response brief. Filed less than four hours before Judge Griffin's response brief was due at midnight, the late submission left no meaningful opportunity for review, analysis, or response.

Judge Griffin thus respectfully requests that this Court deny the motion for leave to file an amicus brief.

Respectfully submitted.

/s/ *William T. Thompson*

Mark M. Rothrock
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

William T. Thompson
  *Counsel of Record*
Kyle D. Hawkins
LEHOTSKY KELLER COHN LLP
408 W. 11st Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

*Counsel for Petitioner-Appellee*

2

## CERTIFICATE OF SERVICE

I certify that on January 23, 2025, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ *William T. Thompson*
William T. Thompson

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this motion complies with Fed. R. App. P. 27(d)(2)(C), 32(a)(5), 32(g)(1), and Local Rule 27.

Dated: January 23, 2025

/s/ *William T. Thompson*
William T. Thompson