FILED: January 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellant

-------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

       Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

       Amicus Supporting Appellee

_____

O R D E R

_____

Restoring Integrity and Trust in Elections has filed an amicus curiae brief

with the consent of the parties.

The court accepts the brief for filing.

Restoring Integrity and Trust in Elections is directed to file an appearance form by 01/24/2025.

                                            For the Court--By Direction

                                            /s/ Nwamaka Anowi, Clerk