# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 24, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1018 (L),   Jefferson Griffin v. North Carolina State Board of Elections
5:24-cv-00724-M-RN

TO:   All Appellants
Jefferson Griffin

RESPONSE DUE: 01/24/2025 by 2:00 pm

Response is required to the motion to file amicus brief, motion to participate in oral argument, and motion to extend filing time on or before 01/24/2025 by 2:00 pm.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Rachel Phillips, Deputy Clerk
804-916-2702