IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JEFFERSON GRIFFIN,

*Petitioner-Appellee*,

v().

NORTH CAROLINA STATE BOARD OF ELECTIONS,

*Respondent-Appellant*,

and

ALLISON RIGGS, et al.,

*Intervenor-Respondents*.

No. 25-1018(L)

# RESPONDENT-APPELLANT'S RESPONSE TO MOTION TO EXTEND TIME, FILE AMICUS BRIEF, AND PARTICIPATE IN ORAL ARGUMENT

Respondent-Appellant responds to the motion to extend time, file an amicus brief, and participate in oral argument, Dkt. 106, as follows:

1. Respondent-Appellant does not oppose the motion to extend time and file an amicus brief.

2. Respondent-Appellant opposes the motion to participate in oral argument. The amicus brief was filed out of time, multiple counsel

will appear for oral argument in this appeal, and amicus has not shown how participation in oral argument would aid this Court's decisionmaking.

Respectfully submitted, this the 24th day of January 2025.

/s/ Nicholas S. Brod
Nicholas S. Brod
Deputy Solicitor General

Terence Steed
Mary Carla Babb
Special Deputy Attorneys General

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
(919) 716-6400
nbrod@ncdoj.gov
tsteed@ncdoj.gov
mcbabb@ncdoj.gov

*Counsel for Respondent-Appellant*

2

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with Federal Rule of Appellate Procedure 27(d) because it has been prepared in Century Schoolbook 14-point font using Microsoft Word. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 79 words.

Respectfully submitted, this the 24th day of January 2025.

/s/ Nicholas S. Brod
Nicholas S. Brod

## CERTIFICATE OF SERVICE

I certify that on January 24, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Respectfully submitted, this the 24th day of January 2025.

/s/ Nicholas S. Brod
Nicholas S. Brod