Nos. 25-1018, 25-1019, 25-1024

# In the United States Court of Appeals for the Fourth Circuit

JEFFERSON GRIFFIN,

*Petitioner-Appellee,*

*v.*

NORTH CAROLINA STATE BOARD OF ELECTIONS,

*Respondent-Appellant,*

and

ALLISON RIGGS, ET AL.,

*Intervenors-Respondents.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**RESEPONSE TO KALAH NICOLE MARTIN'S
MOTION FOR LEAVE TO FILE AMICUS BRIEF**

| | |
|---|---|
| Mark M. Rothrock | William T. Thompson |
| LEHOTSKY KELLER COHN LLP | *Counsel of Record* |
| 8513 Caldbeck Drive | Kyle D. Hawkins |
| Raleigh, NC 27615 | LEHOTSKY KELLER COHN LLP |
| (336) 416-3326 | 408 W. 11st Street, 5th Floor |
| mark@lkcfirm.com | Austin, TX 78701 |
| | (512) 693-8350 |
| | will@lkcfirm.com |

*Counsel for Petitioner-Appellee*

Pursuant to this Court's notice, Dkt. 110, Judge Jefferson Griffin files this response in opposition to Kalah Nicole Martin's motion for leave to file an amicus brief, to participate in oral argument, and to extend filing time, Dkt. 106.

Martin's brief does not "assert[]" "matters" that "are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). It is also untimely, without any adequate justification. *See id*. 29(a)(6). Accordingly, there is no basis to permit filing, nor is there any basis for this Court to grant "permission" to "participate in oral argument." *Id*. 29(a)(8).

Judge Griffin thus respectfully requests that this Court deny Martin's motion for leave to file an amicus brief, to participate in oral argument, and to extend filing time.

Respectfully submitted.

Mark M. Rothrock
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

/s/ *William T. Thompson*
William T. Thompson
  *Counsel of Record*
Kyle D. Hawkins
LEHOTSKY KELLER COHN LLP
408 W. 11st Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

*Counsel for Petitioner-Appellee*

## CERTIFICATE OF SERVICE

I certify that on January 24, 2025, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ *William T. Thompson*
William T. Thompson

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this motion complies with Fed. R. App. P. 27(d)(2)(C), 32(a)(5), 32(g)(1), and Local Rule 27.

Dated: January 24, 2025

/s/ *William T. Thompson*
William T. Thompson