Nos. 25-1018(L), 25-1019, 25-1024

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

JEFFERSON GRIFFIN,
*Plaintiff – Appellee*,

v.

NORTH CAROLINA STATE
BOARD OF ELECTIONS,
*Defendant – Appellant*,

and

ALLISON RIGGS *et al.*,
*Intervenor-Defendants – Appellants*.

_____

On Appeal from the United States District Court for the
Eastern District of North Carolina, No. 5:24-cv-00724-M-RN

_____

## JUSTICE RIGGS' RESPONSE TO KALAH MARTIN'S REQUEST FOR PERMISSION TO FILE AMICUS BRIEF

Defendant-Appellant Allison Riggs files this response to Movant Kalah Martin's Request for Permission to File Amicus Brief (ECF No. 106). Justice Riggs does not oppose Martin's request to file an amicus brief. Justice Riggs does oppose Martin's "request[] to participate in Oral Argument Monday the 27 of January 2025," ECF No. 106 at 10, on the ground that such participation is unlikely to be helpful to the Court.

1

Dated: January 24, 2025

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Raymond M. Bennett
N.C. State Bar No. 36341
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601
(919) 755-2100
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com

*Counsel for Justice Allison Riggs*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 68 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

Dated: January 24, 2025      /s/ Samuel B. Hartzell
                             Samuel B. Hartzell

                             *Counsel for Justice Allison Riggs*