FILED: January 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

   Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

   Defendant - Appellant

-------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

   Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

   Amicus Supporting Appellee

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

      Intervenors - Appellants

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

      Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

      Amicus Supporting Appellee

_____

No. 25-1024
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

ALLISON RIGGS

    Intervenor - Appellant

_____

O R D E R

_____

Upon consideration of the submission relative to Movant Kalah Martin's request to participate in oral argument, the court denies the motion.

    For the Court

    /s/ Nwamaka Anowi, Clerk