# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1018 (L),   <u>Jefferson Griffin v. North Carolina State Board of Elections</u>
5:24-cv-00724-M-RN

TO:   All Appellants

RESPONSE DUE: by 3:00 pm on 02/03/2025

Response is required to the motion to dismiss on or before 3:00 pm on 02/03/2025.

Rachel Phillips, Deputy Clerk
804-916-2702