FILED: February 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant - Appellant

-------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

    Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

    Amicus Supporting Appellee

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

   Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

   Intervenors - Appellants

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

   Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

   Amicus Supporting Appellee

_____

No. 25-1020
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

   Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

        Defendant - Appellant

ALLISON JEAN RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

        Intervenors

------

No. 25-1024
(5:24-cv-00724-M-RN)

------

JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

ALLISON RIGGS

        Intervenor - Appellant

------

O R D E R

------

The court consolidates Case No. 25-1018, Case No. 25-1019, Case No. 25-1020, and Case No. 25-1024. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk