FILED: February 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

        Defendant - Appellant

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER
MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF
WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS
PROJECT

        Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

        Amicus Supporting Appellee

_____

No. 25-1019

(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS
ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA
ANDERSON

      Intervenors - Appellants

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER
MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF
WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS
PROJECT

      Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

      Amicus Supporting Appellee

_____

No. 25-1020
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

Defendant - Appellant

ALLISON JEAN RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED
AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM;
SARAH SMITH; JUANITA ANDERSON

Intervenors

_____

No. 25-1024
(5:24-cv-00724-M-RN)
_____

JEFFERSON GRIFFIN

Plaintiff - Appellee

v.

ALLISON RIGGS

Intervenor - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgments of the district court
are affirmed in part and modified in part. These cases are remanded with instructions
to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in
accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK