# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 11, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1018 (L),   Jefferson Griffin v. North Carolina State Board of Elections
5:24-cv-00724-M-RN

TO:   Jefferson Griffin

RESPONSE DUE: 5:00 pm on 02/12/2025

Response is required to the motion to issue the mandate forthwith on or before 5:00 pm on 02/12/2025.

Rachel Phillips, Deputy Clerk
804-916-2702