FILED: February 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

      Defendant - Appellant

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

      Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

      Amicus Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion for immediate issuance of the mandate, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk