FILED: February 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant - Appellant

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

    Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

    Amicus Supporting Appellee

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

        Intervenors - Appellants

------------------------------

NORTH CAROLINA DEMOCRATIC PARTY; BIPARTISAN FORMER MEMBERS OF CONGRESS; NORTH CAROLINA VOTERS; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; HONEST ELECTIONS PROJECT

        Amici Supporting Appellant

RESTORING INTEGRITY AND TRUST IN ELECTIONS

        Amicus Supporting Appellee

------------------------------

No. 25-1020
(5:24-cv-00731-M-RJ)

------------------------------

JUDGE JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

        Defendant - Appellant

ALLISON JEAN RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

      Intervenors

---

No. 25-1024
(5:24-cv-00724-M-RN)

---

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

ALLISON RIGGS

      Intervenor - Appellant

---

# M A N D A T E

---

The judgment of this court, entered February 4, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*